## VANDEGRIGHT [1] v. HAUGHEY.

Court of Common Pleas. Newcastle. December, 1793.

*Wilson's Red Book, 17.**

---

[1] In the account of this case in *Bayard* and *Read*, the name is spelled, "Vandegrift."

* This case is also reported in *Bayard's Notebook, 38; Read's Notebook, 21.*

BASSETT, C. J.   No doubt before the Statute of Anne case would not lie by one tenant in common against another unless he was actually appointed bailiff.   At present if one tenant in common receive all the profits, the Statute has given a remedy by the action of account render.   There is no evidence of an appointment as bailiff nor any evidence of a promise actually made.   There must be a nonsuit entered.

McDONOUGH and RODNEY accordant, whereupon the plaintiff was called, and nonsuit.